Glenda Kay HUNTER, Plaintiff–Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 04–10510.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 21, 2004.

Ronald David Honig, Dallas, TX, for Plaintiff–Appellant.

Carolyn Ann Ebbers, Social Security Administration Office of General Counsel, Dallas, TX, for Defendant–Appellee.

Before WIENER, BENAVIDES AND STEWART, Circuit Judges.

PER CURIAM: *

Glenda Kay Hunter appeals from the district court's judgment affirming the

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Commissioner of Social Security's denial of disability benefits. She argues that the Administrative Law Judge's (ALJ) decision was not supported by substantial evidence because the ALJ failed to give due consideration to the retrospective opinions of her physicians, failed to consider the non-exertional impairments she alleged, and failed to solicit the opinion of a medical expert regarding the date that her medical impairments became disabling. After reviewing the briefs and the record, we conclude that the ALJ applied the correct legal standard and that the decision was supported by substantial evidence. *See Harris v. Apfel,* 209 F.3d 413, 417 (5th Cir.2000); *Griego v. Sullivan,* 940 F.2d 942, 945 (5th Cir.1991); *Carrier v. Sullivan,* 944 F.2d 243, 247 (5th Cir.1991); *Spellman v. Shalala,* 1 F.3d 357, 361–64 (5th Cir.1993).

Hunter asserts that the ALJ erred by failing to include a portion of the medical records in the administrative record. However, the absence of the medical records does not affect Hunter's substantial rights. *See Anderson v. Sullivan,* 887 F.2d 630, 634 (5th Cir.1989).

AFFIRMED.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.